THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant
Equifax Information Services LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| SHARI SANAHI,<br><br>  Plaintiff,<br><br>  vs.<br><br>CARVANA, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND DOES 1-10 inclusive,<br><br>  Defendants, | CASE NO: 2:22-cv-03907-JLS-AGR<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500

- 1 –
DEFENDANT EQUIFAX'S
ANSWER TO PLAINTIFF'S COMPLAINT

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

### I.   INTRODUCTION

1.   Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1

2.   Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA as alleged in Paragraph 2. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the authority, Equifax denies the allegations in Paragraph 2.

### II.   PARTIES

3.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 3 and 4.

4.   Equifax admits the allegations in Paragraph 5.

5.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 6 and 7.

6.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 8.

7.   Equifax is without knowledge or information sufficient to form a belief as to the

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500

truth of the allegations in Paragraphs 9 and 10.

### III.  FACTUAL ALLEGATIONS

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 11 - 19.

9. Equifax denies the allegations in Paragraph 20.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 21 and 22.

11. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 23.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

13. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25.

14. Equifax admits to the allegations in Paragraph 26.

15. Equifax denies the allegations in Paragraph 27.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

17. Equifax denies that it violated the FCRA as alleged in Paragraphs 29 and 30.

18. Equifax denies the allegations in Paragraphs 31 and 32.

### COUNT III: VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT
(As to Defendant CARVANA, LLC ONLY)

19. Equifax reasserts and re-alleges its responses as set forth above.

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
DEFENDANT EQUIFAX'S
ANSWER TO PLAINTIFF'S COMPLAINT

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 35 and 36.

**PRAYER FOR RELIEF**

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in the "WHEREFORE" Paragraph.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

**COUNT I: VIOLATION OF THE FAIR CREDIT REPORTING ACT**

23. Equifax reasserts and re-alleges its responses as set forth above.

24. Equifax denies the allegations in Paragraphs 39.

**COUNT II: VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT**

25. Equifax reasserts and re-alleges its responses as set forth above.

26. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the authority, Equifax denies the allegations in Paragraph 41.

27. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 42.

**PRAYER FOR RELIEF**

28. Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph.

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500

- 4 –
DEFENDANT EQUIFAX'S
ANSWER TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

29. Equifax admits that Plaintiff demands a jury trial.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED: July 12, 2022

Respectfully submitted,

NOKES & QUINN

By: *s/ Thomas P. Quinn Jr.*

Thomas P. Quinn Jr.
NOKES & QUINN
410 Broadway, Ste. 200
Laguna Beach CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2022, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Thomas P. Quinn Jr.*
Thomas P. Quinn Jr.

- 6 –
DEFENDANT EQUIFAX'S
ANSWER TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway Street
Laguna Beach, CA 92651
(949) 376-3500