Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Shari Sanahi,<br>Plaintiff,<br>v.<br>Carvana, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union, LLC,<br>Defendants. | Case No.<br><br>2:22-cv-03907-JLS-AGR<br><br>**NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC. ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT Trans Union, LLC only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** July 18, 2022          **Law Offices of Todd M. Friedman, P.C.**


By: s/ Todd M. Friedman
Todd M. Friedman

## **<u>CERTIFICATE OF SERVICE</u>**

Filed electronically on July 18, 2022, with:

United States District Court CM/ECF system

Notification sent electronically on July 18, 2022 to:

To the Honorable Court, all parties and their Counsel of Record

By: <u>s/ Todd M. Friedman Esq.</u><br>Todd M. Friedman