# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI SANAHI,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:22-cv-03907-JLS-AGR<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (Doc. 19)** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of Plaintiff and Defendant Equifax Information Services, LLC (Doc. 19), this matter is dismissed with prejudice as to Defendant Equifax Information Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

As Defendant Equifax is the last remaining defendant, this matter is now administratively closed.

Dated: August 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE